**\*\* E-filed May 19, 2011 \*\***

TONY WEST
Assistant Attorney General
Civil Division, U.S. Department of Justice

ELIZABETH J. STEVENS  VSBN 47445
Assistant Director, District Court Section
Office of Immigration Litigation

REGAN HILDEBRAND  MOBN 57438
Trial Attorney, District Court Section
Office of Immigration Litigation
U.S. Department of Justice
PO Box 868, Ben Franklin Station
Washington DC 20044
Phone: (202) 305-3797
Fax: (202) 616-8962
E-mail: Regan.Hildebrand@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CHAN TO TRAN, | |
| Plaintiff, | Case No. 5:10-cv-05531-HRL |
| v. | |
| | ~~PROPOSED~~ **ORDER RE:** |
| JANET NAPOLITANO, SECRETARY | **JOINT STIPULATION FOR** |
| OF THE DEPARTMENT OF | **AN EXTENSION OF TIME** |
| HOMELAND SECURITY; ET AL., | |
| Defendants. | Immigration Case |

1  PURSUANT TO STIPULATION, IT IS SO ORDERED, that the parties' request
2  for a sixty (60) day extension is hereby granted. Defendants' response is now due on
3  July 19, 2011.
4
5  DATED: May 19, 2011            _____
6                                 Howard R. Lloyd
                                   United States Magistrate Judge
7                                  United States District Court for the
8                                  Northern District of California